PS 42
(Rev. 7/93)

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA )
)
)
vs. )
)
) Case No. 21-05003-03-CR-SW-MDH
)
JOSHUA T. DAVENPORT )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joshua T. Davenport, have discussed with Damon G. Mitchell, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

At the request of the defendant, the Court agrees to remove the following condition:
(6) The defendant is placed in the third-party custody of Doris Davenport.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Joshua T. Davenport | Jun 15, 2021 | /s/ Damon G. Mitchell | Jun 15, 2021 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| /s/ Erica Mynarich | Jun 15, 2021 |
|---|---|
| Signature of Defense Counsel | Date |

[X] The above modification of conditions of release is ordered, to be effective on June 21, 2021
[ ] The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer    6/21/2021
                                  Date